HERBERT B. WATERMAN, PETITIONER-PETITIONER, v. MORRIS WINOGRAD, DEFENDANT-RESPONDENT.

*Messrs. Platoff, Platoff & Heftler* for the petitioner.

*Messrs. Hollander & Leichter, Mr. Isadore Glauberman* and *Mr. Sheldon A. Weiss* for the respondent.

December 17, 1960.   Denied.

THERESA C. CAGLIO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. YELLOW CAB COMPANY, DEFENDANT-RESPONDENT.

*Mr. Samuel L. Supnick* for the petitioners.

*Mr. Meyer L. Sakin* for the respondent.

December 17, 1960.   Denied.